**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 36807**

| | |
|---|---|
| **STATE OF IDAHO,** | **2011 Unpublished Opinion No. 353** |
| **Plaintiff-Respondent,** | **Filed: February 10, 2011** |
| **v.** | **Stephen W. Kenyon, Clerk** |
| **FRANK WILLIAM SUTTON,** | **THIS IS AN UNPUBLISHED OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | **BE CITED AS AUTHORITY** |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Patrick H. Owen, District Judge.

Judgment of conviction and unified sentence of fifteen years, with a minimum period of confinement of three years, for aggravated battery with a deadly weapon enhancement, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Spencer J. Hahn, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge, GUTIERREZ, Judge
and MELANSON, Judge

_____

PER CURIAM

Frank William Sutton was convicted of aggravated battery with a deadly weapon enhancement, Idaho Code §§ 18-903(a), 18-907(a); 19-2520. The district court imposed a unified sentence of fifteen years, with a minimum period of confinement of three years. Sutton appeals, contending that the sentence is excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of a sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Sutton's judgment of conviction and sentence are affirmed.